IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUNE WINTERS       \*

       Plaintiff,       \*

vs.       \*

SUPERVALU INC., *et al.*       \*

       Defendants.       \*

\*     **NOTICE OF REMOVAL FROM**
\*     **THE CIRCUIT COURT FOR**
\*     **PRINCE GEORGE'S COUNTY, MD**
\*     **CASE NO.: CAL15-02475**

\*     **CIVIL ACTION NO. _____**

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendants, SUPERVALU INC., Moran Foods, Inc. and Save-A-Lot, Ltd. (improperly named Moran Foods, LLC and Save, LLC), respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor states as follows:

1.      On or about March 3, 2015, Defendants were served with a Summons and Complaint in an action commenced by the Plaintiff, June Winters, in the Circuit Court for Prince George's County, Maryland as Docket No. CAL15-02475. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2.      This Notice of Removal is filed within thirty (30) days of receipt of service by Defendants and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3.      Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on March 13, 2105. Copies of Defendants' Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4.     In her Complaint, Plaintiff June Winters seeks judgment against these Defendants in an amount in excess of Seventy Five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

5.     At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6.     At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant SUPERVALU, INC.'s principal place of business is Minnesota, and is incorporated in the state of Delaware.

7.     At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendants Moran Food, Inc. and Save-A-Lot, Ltd.'s principal place of business is Missouri, and is incorporated in the state of Delaware.

8.     As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

9.     The Petitioners present and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendants, SUPERVALU INC., Moran Foods, Inc. and Save-A-Lot, Ltd. (improperly named Moran Foods, LLC and Save, LLC), respectfully request to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Christopher R. Dunn, #05278
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2015, a copy of the foregoing Petition for Removal was forwarded, postage prepaid, via First Class mail, to:

Erik D. Frye
14452 Old Mill Road, Suite 301
Upper Marlboro, Maryland 20772
Counsel for Plaintiff

_____
Christopher R. Dunn, #05278
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L1\CRD\Winters, June v. SUPERVALU, et al\Pleadings\Petition for Removal.wpd

3