## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JUNE WINTERS                    :
3344 Huntley Square Drive, #B-1    :
Temple Hills, Maryland 20748      :
                                   :

          Plaintiff          :

                                   :   CV _CAU5-02415_

v.                                  :
                                   :

SUPERVALU, INC.                :
Serve:  The Corporation Trust, Inc.  :
351 West Camden Street         :
Baltimore, Maryland 21201       :

FILED

FEB 5 2015

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

MORAN FOODS, LLC             :
Serve:  The Corporation Trust, Inc.  :
351 West Camden Street         :
Baltimore, Maryland 21201       :

SAVE, LLC d/b/a SAVE-A-LOT    :
Serve:  Manager                :
8300 Pennsylvania Avenue      :
Upper Marlboro, Maryland 20772  :
                                   :

          Defendants      :

## COMPLAINT

**COMES NOW** the plaintiff, June Winters, by and through her attorney, Erik D. Frye, and hereby brings this complaint against the Defendant, Supervalu, Inc./Moran Foods, LLC/Save-A-Lot, and in support thereof, states as follows:

1.  That plaintiff, June Winters, is an adult citizen of the United States and a resident of Prince George's County, Maryland.

2.  That Defendant, Supervalu, Inc., is a business doing business in the State of Maryland, and is licensed to do so and is alleged to be owner and/or operator, in whole or part of the premises described herein.

3. That Defendant, Moran Foods, LLC, is a business doing business in the State of Maryland, and is licensed to do so and is alleged to be owner and/or operator, in whole or part of the premises described herein.

4. That Defendant, Save, LLC d/b/a Save-A-Lot, is a business doing business in the State of Maryland, and is licensed to do so and is alleged to be owner and/or operator, in whole or part of the premises described herein.

5. That all incidents contained in this complaint occurred at the Save-A-Lot on Oxon Hill Road in Prince George's County, Maryland. That at all relevant times the premises was owned and/or operated by the defendant, Supervalu, Inc.

6. That on or about June 25, 2014, Plaintiff, June Winters, was injured when the tripped and fell over a wooden pallet left in the aisle way of the store. As a result of this incident, plaintiff was injured.

7. That said wooden pallet was known by the defendant and/or their agents, or with reasonable diligence would have been known to be left in the aisle way of the store.

8. That Defendant, Supervalu, Inc., owed the duty to provide safe premises for its customers and to inspect for hazards and to warn of any hazards at said store. That the defendants had an affirmative obligation to correct known defects and provide a safe place to shop.

9. That said Defendant breached their duty by failing to provide a safe premises and failing to adequately inspect the premises at said store and failing to correct the dangerous conditions that existed inside the store referenced above.

10. That as a result of the Defendant's failures, the plaintiff was injured.

11. That as a direct and proximate result of the negligence of the defendant, the plaintiff, has suffered and will continue to suffer in the future severe physical injuries and mental anguish. Additionally, plaintiff has expended and will continue to expend in the future vast sums for medical care and treatments, medicines, nursing service, physical therapy and other protracted medical-related attention. Further, the plaintiff has lost

extensive wages and will continue to lose such wages in the future and thus presents a claim for past and future earnings loss and loss of earning capacity. Plaintiff is unable to perform her normal household duties and thus presents a claim for loss of home services. All the above damages were directly and proximately caused by the aforementioned negligence of the defendants and were incurred without contributory negligence on the part of the plaintiff or an opportunity for the plaintiffs to avoid the incident.

**WHEREFORE,** Plaintiff, June Winters, demands judgment against Defendant, Supervalu, Inc. in excess of Seventy Five Thousand Dollars ($75,000.00) for damages and costs.

## COUNT II

The facts and allegations as more fully set forth in Count I of this Complaint are hereby incorporated as if fully set forth herein and it is further alleged:

1.  That all incidents contained in this complaint occurred at the Save-A-Lot on Oxon Hill Road in Prince George's County, Maryland. That at all relevant times the premises was owned and/or operated by the defendant, Moran Foods, LLC.

2.  That on or about June 25, 2014, Plaintiff, June Winters, was injured when the tripped and fell over a wooden pallet left in the aisle way of the store. As a result of this incident, plaintiff was injured.

3.  That said wooden pallet was known by the defendant and/or their agents, or with reasonable diligence would have been known to be left in the aisle way of the store.

4.  That Defendant, Moran Foods, LLC, owed the duty to provide safe premises for its customers and to inspect for hazards and to warn of any hazards at said store. That the defendants had an affirmative obligation to correct known defects and provide a safe place

to shop.

5. That said Defendant breached their duty by failing to provide a safe premises and failing to adequately inspect the premises at said store and failing to correct the dangerous conditions that existed inside the store referenced above.

6. That as a result of the Defendant's failures, the plaintiff was injured.

7. That as a direct and proximate result of the negligence of the defendant, the plaintiff, has suffered and will continue to suffer in the future severe physical injuries and mental anguish. Additionally, plaintiff has expended and will continue to expend in the future vast sums for medical care and treatments, medicines, nursing service, physical therapy and other protracted medical-related attention. Further, the plaintiff has lost extensive wages and will continue to lose such wages in the future and thus presents a claim for past and future earnings loss and loss of earning capacity. Plaintiff is unable to perform her normal household duties and thus presents a claim for loss of home services. All the above damages were directly and proximately caused by the aforementioned negligence of the defendants and were incurred without contributory negligence on the part of the plaintiff or an opportunity for the plaintiffs to avoid the incident.

**WHEREFORE,** Plaintiff, June Winters, demands judgment against Defendant, Moran Foods, LLC, in excess of Seventy Five Thousand Dollars ($75,000.00) for damages and costs.

<u>**COUNT III**</u>

The facts and allegations as more fully set forth in Count I of this Complaint are hereby incorporated as if fully set forth herein and it is further alleged:

1. That all incidents contained in this complaint occurred at the Save-A-Lot on Oxon Hill Road in Prince George's County, Maryland. That at all relevant times the premises was owned and/or operated by the defendant, Save, LLC.

2.  That on or about June 25, 2014, Plaintiff, June Winters, was injured when the tripped and fell over a wooden pallet left in the aisle way of the store.  As a result of this incident, plaintiff was injured.

3.  That said wooden pallet was known by the defendant and/or their agents, or with reasonable diligence would have been known to be left in the aisle way of the store.

4.  That Defendant, Save, LLC, owed the duty to provide safe premises for its customers and to inspect for hazards and to warn of any hazards at said store. That the defendants had an affirmative obligation to correct known defects and provide a safe place to shop.

5.  That said Defendant breached their duty by failing to provide a safe premises and failing to adequately inspect the premises at said store and failing to correct the dangerous conditions that existed inside the store referenced above.

6.  That as a result of the Defendant's failures, the plaintiff was injured.

7.  That as a direct and proximate result of the negligence of the defendant, the plaintiff, has suffered and will continue to suffer in the future severe physical injuries and mental anguish.  Additionally, plaintiff has expended and will continue to expend in the future vast sums for medical care and treatments, medicines, nursing service, physical therapy and other protracted medical-related attention.  Further, the plaintiff has lost extensive wages and will continue to lose such wages in the future and thus presents a claim for past and future earnings loss and loss of earning capacity.  Plaintiff is unable to perform her normal household duties and thus presents a claim for loss of home services. All the above damages were directly and proximately caused by the aforementioned negligence of the defendants and were incurred without contributory negligence on the part of the plaintiff or an opportunity for the plaintiffs to avoid the incident.

**WHEREFORE,** Plaintiff, June Winters, demands judgment against

Defendant, Save, LLC, in excess of Seventy Five Thousand Dollars ($75,000.00)

for damages and costs.

Respectfully submitted,

Erik D. Frye
14452 Old Mill Road
Suite 301
Upper Marlboro, Maryland 20772
301-780-9020
Attorney for Plaintiff

Erik.frye@verizon.net